Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

JUN - 5 2023

Nathan Ochsner, Clerk of Court

Roberto J. Salinas SR,
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Romeo R. Ramirez
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Roberto J. Salinas
Address: 505 W. Zaragosa
San Diego, TX 78384
County: Duval
Telephone Number: 512-749-3892
E-Mail Address: salinasrobert361@g-mail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Romeo R. Ramirez
Job or Title (if known): Duval County Sheriff
Address: 401 E. Collins
San Diego, TX 78384
County: Duval
Telephone Number: 361-207-4683
E-Mail Address (if known):

[ ] Individual capacity   [✓] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City   State   Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
    Name _____
    Job or Title (if known) _____
    Address _____
    _____
    City         State         Zip Code
    County _____
    Telephone Number _____
    E-Mail Address (if known) _____

    [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name _____
    Job or Title (if known) _____
    Address _____
    _____
    City         State         Zip Code
    County _____
    Telephone Number _____
    E-Mail Address (if known) _____

    [ ] Individual capacity    [ ] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
   *Invasion of privacy, 1st, 3rd, 4th, 5th and 9th Amendments,*

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

San Diego, Tx, Duval County, 220 Salines Rd.

B. What date and approximate time did the events giving rise to your claim(s) occur?

March 31st, 2022 at 11:35 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On March 31st, 2022 my son ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were playing some baseball in our property. Due to my son having an eye surgery so he couldn't attend school, my son see's the blue truck owned by manuel molina, an individual that entered our property with a knife in hand the pulled a gun, I called 911 and I went

TO JAIL FOR UNKNOWN REASONS TILL THIS DATE DUE TO THAT THIS CHARGE I SPEND THREE DAYS FOR HAS DISAPPEARED. SO WHEN MY SON SEE'S THE MOLINA'S BLUE TRUCK PASSING BY TOWARDS THE MOLINA'S PROPERTY. WE WERE AT THE TIME PLAYING SOME BASEBALL ON OUR PROPERTY. MY SON WASN'T ABLE TO GO TO SCHOOL DUE TO HIM HAVING AN EYE SURGERY. WE DID STOP PLAYING FOR A FEW MINUET'S SO THAT I COULD WASH OUR WATER WELL FILTERS. ABOUT 10 MINUET'S LATER WE STARTING PLAYING BASEBALL, AS IM SHOWING MY BABY BOY HOW TO SWING A BAT AT A BALL THAT SAT ON A PVC PIPE. WHEN WE NOTICED THE BLUE TRUCK LEAVING THE AREA. WHEN NOT EVEN 5 MINUET'S LATER HERE COMES THE DUVAL COUNTY SHERIFF ROMEO R RAMIREZ TO THE MOLINA'S RESCUE ONCE AGAIN. HE IS CAUGHT COMING IN THROUGH MY BACK YARD NOT THE FRONT ENTERENCE. WHY ONLY HE KNOWS. BUT HIS COMING AROUND THE CORNER OF OR HOUSE CALLING MY NAME. ITS ON VIDEO. I TOLD HIM SEVERAL TIMES TO GET OFF OUR PROPERTY IF HE DIDN'T HAVE A WARRANT. I EVEN TOLD HIM, WHAT YOU HERE TO THREATEN ME WITH TEN DAYS IN JAIL LIKE YOU DID, NO MR SALINAS DOLLY MOLINA CALLED ME THAT YOU WERE POINTING THE BAT AT HER. WHO CALLED YOU. WHAT DON'T WE HAVE A 911 SYSTEM OR WHAT. THIS BITCH HAS YOU RAPPED AROUND HER FINGER. FIRST YOU KEPT ME FROM POSTING BAIL BECAUSE OF THE MOLINA'S. MR RICARDO GARCIA JR WAS PRESENT, EVEN ARASELI, THE CITY MAYOR, JAILHOUSE ADMINISTRATOR, AND NOW COUNTY CLERK. JUST OUTSIDE THE DOOR AFTER EXITING YOUR OFFICE. THE SHERIFF DID TRY TO CHANGE THAT THE REASON I WAS HELD BACK FROM POSTING BAIL WAS BECAUSE I WAS HARASSING AND THREATENING HIS OFFICERS. THAT'S WHEN I TOLD HIM THAT HE WAS NOT ONLY THE MOLINA'S MESSENGER, YOU BECAME THEIR BITCH. NOW GET OFF OUR PROPERTY. MY SON WAS ALSO AFRAID THAT I WAS GOING TO GO TO JAIL. I TOLD MY SON TO MOVE AWAY BECAUSE I DIDN'T TRUST THE COWARD SHERIFF. HE CAME TO OUR PROPERTY TO NOT ONLY BULLY, HARASS ME, BUT HE DID IT TO

MY SON. SO NOW WE ARE NOT ABLE TO ENJOY LIFE LIKE BIKE RIDING AND PLAYING BASEBALL ON OUR PROPERTY. HE VIOLATED OUR CONSTITUTIONAL AND CIVIL RIGHTS BY CRIMINAL TRESPASSING, INVASION OF OUR PRIVACY, BULLING, HARASSING,

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$500,000 for invasion of our "███████ ███ █" and Roberto J. Salinas Sr., mental anguish, stress, be brought up on charges for criminal trespassing, Invasion of privacy, bulling, harrasment, obstruction of justice, abuse of authority.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-02-2023

Signature of Plaintiff: *Robert J. Salinas*
Printed Name of Plaintiff: Roberto J. Salinas

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

_____ _____ _____
City    State    Zip Code

Telephone Number _____
E-mail Address _____