United States District Court
Southern District of Texas
**ENTERED**
November 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROBERT J. SALINAS, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00147 |
| | § | |
| ROMEO R. RAMIREZ, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's order adopting Magistrate Judge Mitchel Neurock's memorandum and recommendation, (D.E. 16), the Court enters final judgment dismissing Petitioner's 42 U.S.C. § 1983 claims. (D.E. 1). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
    November 6th, 2023